Mark F. Magnozzi, Esq. – 003501997
MAGNOZZI & KYE, LLP
23 Green Street, Suite 302
Huntington, New York 11743
P (631) 923-2858
F (631) 923-2860

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | Chapter No.: 11 |
| BIODATA MEDICAL LABORATORIES, INC.<br>    Debtor | Case No.: 6:16-bk-20446-MW<br>Adv. No.: 6:16-ap-01299-MW |
| BIODATA MEDICAL LABORATORIES, INC.<br>    Plaintiff,<br>vs.<br>MERCHANT CASH & CAPITAL, LLC<br>    Defendant. | **STIPULATION<br>EXTENDING TIME<br>TO ANSWER** |

1. **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff BioData Medical Laboratories, Inc. and Defendant Merchant Cash & Capital, LLC ("MCC"), through its respective undersigned attorneys, that the date for MCC to answer, move or otherwise respond to Plaintiff's Complaint, now set for January 23, 2017 is hereby extended through and including February 15, 2017.

2. This Stipulation may be executed in counterparts by facsimile each of which shall constitute an original.

Dated: January 18, 2017

| MAGNOZZI & KYE, LLP<br>Attorneys for Defendant<br><br>*/s/ Mark F. Magnozzi*<br><br>Mark F. Magnozzi, Esq.<br>23 Green Street, Suite 302<br>Huntington, New York 11743<br>P - (631) 923-2858<br>F - (631) 923-2860 | LAW OFFICES OF ROBERT M. YASPAN<br>Attorneys for Plaintiff<br><br>*/s/ Robert M. Yaspan*<br><br>By Robert M. Yaspan, Esq.<br>2700 Oxnard Street, Suite 1750<br>Woodland Hills, California 91367<br>P – (818) 905-7711<br>F – (818) 501-7711 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

A true and correct copy of the foregoing document entitled **STIPULATION EXTENDING TIME TO ANSWER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. SERVED BY UNITED STATES MAIL**:
On January 20, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

Everett L. Green, Esq.
United States Department of Justice
Office of United States Trustee
3801 University Avenue

Matthew F. Kye, Esq.
Mark F. Magnozzi, Esq.
23 Green Street, Suite 302
Huntington, New York 11743

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Matthew F. Kye mkye@magnozzikye.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/20/2017 | Tatyana Menachian | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**