FILED & ENTERED

MAR 10 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BioData Medical Laboratories, Inc.<br><br>Debtor(s). | Case No.: 6:16-bk-20446-MW<br><br>Chapter: 7<br><br>Adv. No: 6:16-ap-01299 |
| BioData Medical Laboratories, Inc.<br><br>Plaintiff(s),<br>v.<br><br>Merchant Cash & Capital, LLC.<br><br>Defendant(s). | **SCHEDULING ORDER IN ADVERSARY PROCEEDING**<br><br>Date:         March 9, 2017<br>Time:        9:00 a.m.<br>Courtroom: 225 |

  This adversary proceeding having been assigned to the undersigned judge, IT IS HEREBY ORDERED:

  1. The following dates shall apply to this adversary proceeding:

- All discovery shall close on **September 15, 2017**.
- All discovery motions shall be heard before **October 15, 2017**.

- All pretrial motions (except motions in limine) shall be heard before **October 31, 2017**.
- Pretrial conference is set for **November 16, 2017 at 9:00 a.m.**
- Trial: To be set at pretrial conference.

2. This order applies to counsel for all parties and to individuals not represented by counsel.

3. Unless otherwise ordered, the Federal Rules of Bankruptcy Procedure applicable in adversary proceedings and the Local Bankruptcy Rules shall apply to this matter.

4. The court will not schedule more than one motion for summary judgment on any given calendar date. If a party waits until just before the pretrial motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be set for hearing.

5. All counsel and parties must comply with Local Bankruptcy Rule 7016-1, which requires filing of a joint status report at least fourteen days (or a unilateral status report at least seven days) before the status conference. The status report shall be prepared on Local Form No. F 7016-1.

6. The parties must include in their joint status report a statement, in compliance with Local Bankruptcy Rule 7026-1(b)(2), that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

7. Failure to comply with the provisions of this order may subject the responsible party to sanctions.

8. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may be entered against the defaulting party.

\\\

**The parties are placed on notice that it is the Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences and this Court's procedures supplement to those rules, which are published on the court's website. Failure to comply with the provisions of this order may subject the responsible party to sanctions, including judgment of dismissal or the entry of a default and a striking of the answer.**

      **IT IS SO ORDERED.**

###

Date: March 10, 2017

Mark S. Wallace
United States Bankruptcy Judge