EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: ehk@lnbyb.com; jyo@lnbyb.com

Attorneys for Todd A. Frealy,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>    Debtor, | Case No. 6:16-bk-20446-MW<br><br>Chapter 7 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>    Plaintiff,<br><br>        vs.<br><br>MERCHANT CASH & CAPITAL, LLC,<br><br>    Defendant. | Adv. Pro. No. 6:16-ap-01299-MW<br><br>**STIPULATION TO (1) EXTEND DISCOVERY CUTOFF DATES AND RELATED BRIEFING DEADLINES; AND (2) CONTINUE PRETRIAL CONFERENCE**<br><br>Currently Scheduled Pretrial Conference:<br>Date:    November 16, 2017<br>Time:    9:00 a.m.<br>Location:  Video Courtroom 225<br>    3420 Twelfth Street<br>    Riverside, California 92501<br>        or<br>    Courtroom 6C<br>    411 West Fourth Street<br>    Santa Ana, California 92701 |

1

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

This stipulation (the "Stipulation") is made by and between Merchant Cash & Capital, LLC (the "Defendant"), the defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), on the one hand, and Todd A. Frealy, Chapter 7 Trustee for the bankruptcy estate of BioData Medical Laboratories, Inc., the Chapter 7 debtor (the "Debtor") and the original plaintiff in the Adversary Proceeding "Trustee" or "Plaintiff"), on the other hand, by and through their respective counsel of record. The Defendant and Plaintiff are collectively referred to herein as the "Parties."

**RECITALS**

1. The Debtor filed a Voluntary Petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* on November 28, 2016 (the "Petition Date").

2. Shortly after the Petition Date, on December 21, 2016, the Debtor filed a complaint for declaratory and other relief (the "Complaint") against the Defendant, thereby commencing the Adversary Proceeding.

3. On February 15, 2017, the Defendant filed its Answer, Affirmative Defenses to Complaint And Counterclaim in the Adversary Proceeding.

4. On March 8, 2017, the Debtor filed its Answer to the Defendant's Counterclaim.

5. On March 10, 2017, the Court entered a scheduling order in the Adversary Proceeding (the "Scheduling Order") which established the following deadlines and pretrial conference date:

- All discovery shall close on September 15, 2017.
- All discovery motions shall be heard before October 15, 2017.
- All pretrial motions (except motions in limine) shall be heard before October 31, 2017.
- The pretrial conference is November 16, 2017 at 9:00 a.m.

2

6. On June 20, 2017, the Court granted the motion of the United States Trustee for the appointment of a chapter 11 trustee in the Debtor's bankruptcy case. The Trustee was appointed on or about June 26, 2017, and accepted the appointment thereafter.

7. At a hearing held on July 11, 2017, the Court granted the Trustee's oral motion to convert the Chapter 11 case to a Chapter 7 case, effective *nunc pro tunc* to June 26, 2017. The Court entered a written order accordingly on July 14, 2017.

8. As a result of his appointment as the Trustee of the Debtor's bankruptcy estate and the conversion of the Debtor's bankruptcy case to one under Chapter 7, the Trustee has succeeded the Debtor as the party in interest and plaintiff in the Adversary Proceeding.

9. In the weeks immediately following the conversion of the Debtor's bankruptcy case to one under Chapter 7, the Trustee and his professionals have been focused on the most urgent tasks presented in the Debtor's case, such as maintaining the Debtor's business operations, negotiating and obtaining Court authority to use cash collateral, marketing the Debtor's business and assets for sale, and addressing inquiries from and negotiating sale terms with prospective buyers. As a result, the Trustee and his counsel have not had an adequate opportunity to familiarize themselves with the issues presented in the Complaint and the Defendant's Counterclaim filed in the Adversary Proceeding.

10. To provide the Trustee and his counsel with additional time to familiarize themselves with the issues presented in the Adversary Proceeding, to facilitate settlement discussions between the Parties, and to avoid incurring litigation costs which may ultimately be unnecessary, the Parties have agreed to seek, subject to Court approval, extensions of the discovery cutoff dates and other deadlines established by the Scheduling Order as well as a corresponding continuance of the pretrial conference scheduled in the Adversary Proceeding.

///
///
///
///

**STIPULATION**

**NOW, THEREFORE**, subject to the approval of the Court, the undersigned Parties hereby stipulate and agree as follows:

A. The Recitals above are incorporated into this Stipulation as if set forth fully herein. Each Recital is true and is an integral part of this Stipulation.

B. The discovery cutoff dates and other deadlines established by the Scheduling Order shall be extended by approximately thirty (30) days, as follows:

1. All discovery shall close on October 15, 2017.

2. All discovery motions shall be heard before November 15, 2017.

3. All pretrial motions (except motions in limine) shall be heard before November 30, 2017.

C. The pretrial conference in the Adversary Proceeding shall be continued from November 16, 2017 at 9:00 a.m. to December 21, 2017 at 9:00 a.m., or such later date and time that is convenient to the Court.

Dated: August 16, 2017    BUCHALTER, a Professional Corporation

By: /s/ Valerie B. Peo
VALERIE BANTNER PEO
Attorneys for Defendant,
Merchant Cash & Capital, LLC

Dated: August 14, 2017    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: /s/ Juliet Y. Oh
EVE H. KARASIK
JULIET Y. OH
Attorneys for Plaintiff,
Todd A. Frealy, Chapter 7 Trustee of the
Estate of BioData Medical Laboratories, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **STIPULATION TO (1) EXTEND DISCOVERY CUTOFF DATES AND RELATED BRIEFING DEADLINES; AND (2) CONTINUE PRETRIAL CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd A Frealy    taf@lnbrb.com
- Eve H Karasik    ehk@lnbyb.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On **August 16, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*<u>Served via Attorney Service</u>*
Hon. Mark S. Wallace
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Ctrm 6C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 16, 2017 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**