1  EVE H. KARASIK (SBN 155356)
   JULIET Y. OH (SBN 211414)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: ehk@lnbyb.com; jyo@lnbyb.com
5
   Attorneys for Todd A. Frealy,
6  Chapter 7 Trustee

**FILED & ENTERED**

AUG 21 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY moser    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>                    Debtor, | Case No. 6:16-bk-20446-MW<br><br>Chapter 7 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>   Plaintiff,<br><br>           vs.<br><br>MERCHANT CASH & CAPITAL, LLC,<br><br>   Defendant. | Adv. Pro. No. 6:16-ap-01299-MW<br><br>**ORDER APPROVING STIPULATION TO (1) EXTEND DISCOVERY CUTOFF DATES AND RELATED BRIEFING DEADLINES; AND (2) CONTINUE PRETRIAL CONFERENCE**<br><br>Currently Scheduled Pretrial Conference:<br>Date:      November 16, 2017<br>Time:     9:00 a.m.<br>Location:  Video Courtroom 225<br>             3420 Twelfth Street<br>             Riverside, California 92501<br>             or<br>            Courtroom 6C<br>            411 West Fourth Street<br>            Santa Ana, California 92701 |

The Court, having considered that certain *"Stipulation To (1) Extend Discovery Cutoff Dates And Related Briefing Deadlines; And (2) Continue Pretrial Conference"* (the "Stipulation") entered into by and between Merchant Cash & Capital, LLC, the defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), on the one hand, and Todd A. Frealy, Chapter 7 Trustee for the bankruptcy estate of BioData Medical Laboratories, Inc., the Chapter 7 debtor and the original plaintiff in the above-captioned adversary proceeding, on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. The discovery cutoff dates and other deadlines established by this Court's Scheduling Order entered on March 10, 2017 in the Adversary Proceeding shall be extended by approximately thirty (30) days, as follows:

    a. All discovery shall close on October 15, 2017.

    b. All discovery motions shall be heard before November 15, 2017.

    c. All pretrial motions (except motions in limine) shall be heard before November 30, 2017.

3. The pretrial conference in the Adversary Proceeding shall be continued from November 16, 2017 at 9:00 a.m. to December 21, 2017 at 9:00 a.m.

IT IS SO ORDERED.

###

Date: August 21, 2017

Mark S. Wallace
United States Bankruptcy Judge

2