1 | SHAWN M. CHRISTIANSON (SBN: 114707)
VALERIE BANTNER PEO (SBN:  260430)
2 | BUCHALTER
A Professional Corporation
3 | 55 Second Street, Suite 1700
San Francisco, CA  94105-3493
4 | Telephone: (415) 227-0900
Fax: (415) 227-0770
5 | Email:  vbantnerpeo@buchalter.com

6 | Local Counsel for Defendant
MERCHANT CASH & CAPITAL, LLC
7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **RIVERSIDE DIVISION**

11 |

| | |
|---|---|
| In re | Case No. 6:16-bk-20446 (MW) |
| BIODATA MEDICAL LABORATORIES, INC., | Chapter:  7 (formerly Chapter 11) |
| Debtor. | |
| BIODATA MEDICAL LABORATORIES, INC., | Adv. Case No. 6:16-ap-01299 |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
| vs. | [LBR 2091-1(a); *no hearing required pursuant to LBR 9013-1(p)*] |
| MERCHANT CASH & CAPITAL, LLC | |
| Defendant. | |

23 |     TO THE DEBTOR, ITS COUNSEL, THE CHAPTER 7 TRUSTEE, HIS COUNSEL,

24 | THE UNITED STATES TRUSTEE, AND ANY OTHER PARTIES IN INTEREST:

25 |     PLEASE TAKE NOTICE that Buchalter, A Professional Corporation ("Buchalter")

26 | hereby moves the Court (the "Motion") for an order pursuant to Bankruptcy Local Rule ("BLR")

27 | 2091-1 authorizing Buchalter to withdraw as local counsel to Defendant and Cross-Complainant,

28 |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

1
**MOTION TO WITHDRAW AS COUNSEL**

BN 30533748v1

1   Merchant Cash & Capital, LLC ("MCC"), in the above-captioned adversary proceeding (the

2   "Adversary Proceeding").

3      PLEASE TAKE FURTHER NOTICE that, in accordance with BLR 9013-1(p), the relief

4   requested herein may be granted without a hearing.

5      In support of the Motion, Buchalter states as follows:

6      1.  Buchalter's withdrawal can be accomplished without material adverse effect on

7   the interests of MCC.

8      2.  Magnozzi & Kye, LLP remains primary counsel of record for MCC in this

9   Adversary Proceeding.

10     3.  Anthony Giuliano of the law firm of Pryor Mandelup recently made an appearance

11  on behalf of MCC in the main bankruptcy proceeding.  [*See* Dkt. No. 377.]

12     4.  As a result of the current counsel of record roles of Magnozzi & Kye, LLP in the

13  Adversary Proceeding and of Pryor Mandelup in the main bankruptcy case, MCC currently has

14  the ongoing services of counsel.

15     5.  Although MCC has the ongoing services of counsel in this Adversary Proceeding,

16  in order to comply with the requirements of BLR 2091-1(d), prior to filing the Motion Buchalter

17  gave MCC notice of the consequences of MCC's inability to appear without counsel, including

18  the possibility that a default judgment may be entered against it in pending proceedings.

19  Declaration of Valerie Bantner Peo, filed herewith, at ¶ 3, Ex. 1.

20     WHEREFORE Buchalter respectfully requests leave, pursuant to Bankruptcy Local Rule

21  2091-1(a), to withdraw as counsel to MCC and for such other and further relief as this Court

22  deems just and proper.

23  DATED:  August 29, 2017      BUCHALTER, a Professional Corporation

24

25

26              By: /s/ Valerie Bantner Peo
              VALERIE BANTNER PEO
              Local Counsel for Defendant

27                MERCHANT CASH & CAPITAL, LLC

28

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**MOTION TO WITHDRAW AS COUNSEL**

BN 30533748v1