SHAWN M. CHRISTIANSON (SBN: 114707)
VALERIE BANTNER PEO (SBN: 260430)
BUCHALTER
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: vbantnerpeo@buchalter.com

Local Counsel for Defendant
MERCHANT CASH & CAPITAL, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>Debtor. | Case No. 6:16-bk-20446 (MW)<br><br>Chapter: 7<br>(formerly Chapter 11) |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANT CASH & CAPITAL, LLC<br><br>Defendant. | Adv. Case No. 6:16-ap-01299<br><br>**DECLARATION OF VALERIE BANTNER PEO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>[LBR 2091-1(a); *no hearing required pursuant to LBR 9013-1(p)*] |

I, Valerie Bantner Peo, declare and state:

1. I am an attorney duly licensed to practice law before all courts in the State of California and I am an Associate with the law firm of Buchalter, A Professional Corporation ("Buchalter"), local counsel in in the above-captioned adversary proceeding ("Adversary Proceeding") to Defendant and Cross-Complainant, Merchant Cash & Capital, LLC ("MCC"). I

make this Declaration on my own personal knowledge.  If called as a witness, I could and would competently testify to the matters contained herein

2. I make this Declaration in support of Buchalter's Motion to Withdraw as Counsel in the Adversary Proceeding.

3. Attached hereto as <u>Exhibit 1</u> is a copy of an email communication dated August 29, 2017 that I sent to Joseph Boninfante, Vice President of Collections for MCC's dba, Bizfi Servicing, with a copy to MCC's outside counsel, Jonathan N. Helfat at Otterburg.  My email gave MCC notice of the consequences of MCC's inability to appear without counsel, including the possibility that a default judgment may be entered against it in pending proceedings, as required by BLR 2091-1(d).

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.  Executed this 29th day of August, 2017 at San Francisco, California.

By: /s/ Valerie Bantner Peo
   Valerie Bantner Peo

# Exhibit 1

# Bantner Peo, Valerie

| | |
|---|---|
| **From:** | Bantner Peo, Valerie |
| **Sent:** | Tuesday, August 29, 2017 2:01 PM |
| **To:** | 'Joseph Boninfante'; Joseph Boninfante |
| **Cc:** | 'jhelfat@otterbourg.com'; Christianson, Shawn |
| **Subject:** | Buchalter Motion to Withdraw/BioData v. MCC [IWOV-BN.FID2340313] |

Joe:

As we have notified you several times over the past few weeks, Buchalter intends to file its motion to withdraw as local counsel to Merchant Cash & Capital ("MCC") in the adversary proceeding brought by BioData Medical Laboratories, Inc. (6:16-ap-01299) (the "Action"). The motion to withdraw will be filed today.

We note from the docket that Pryor Mandelup has appeared for MCC in the main case and that Magnozzi & Kye is still identified as primary counsel in the Action. However, we nonetheless advise you that an entity such as MCC is unable to appear in the Action without counsel, and that failing to appear in the Action may have serious consequences, including the possibility that a default judgment may be entered against MCC in the Action.

Best,


Valerie Bantner Peo
**Buchalter**
A Professional Corporation
55 Second Street, Suite 1700 | San Francisco, CA 94105-3493
Direct Dial: (415) 227-3533 | Cell Phone: (415) 516-5021 | Direct Fax: (415) 227-0770 | Main Number: (415) 227-0900
Email: vbantnerpeo@buchalter.com | www.buchalter.com | Bio

1