1  SHAWN M. CHRISTIANSON (SBN: 114707)
   VALERIE BANTNER PEO (SBN: 260430)
2  BUCHALTER
   A Professional Corporation
3  55 Second Street, Suite 1700
   San Francisco, CA  94105-3493
4  Telephone: (415) 227-0900
   Fax: (415) 227-0770
5  Email:  vbantnerpeo@buchalter.com

6  Local Counsel for Defendant
   MERCHANT CASH & CAPITAL, LLC
7

**FILED & ENTERED**

**SEP 14 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>Debtor. | Case No. 6:16-bk-20446 (MW)<br><br>Chapter: 7<br>(formerly Chapter 11) |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANT CASH & CAPITAL, LLC<br><br>Defendant. | Adv. Case No. 6:16-ap-01299<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

The Court, having considered the Motion to Withdraw as Counsel (the "Motion") filed by Buchalter, A Professional Corporation ("Buchalter"), local counsel to Defendant and Cross-Complainant, Merchant Cash & Capital, LLC in the above-captioned proceeding, and good cause appearing therefor,

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

1
ORDER GRANTING MOTION TO WITHDRAW

BN 30533749v1

Main Document    Page 2 of 2

HEREBY ORDERS as follows:

1. The Motion is granted; and

2. Buchalter's appearance as counsel to Merchant Cash & Capital, LLC is withdrawn, effective immediately upon the entry of this order.

###

Date: September 14, 2017

Mark S. Wallace
United States Bankruptcy Judge

A PROFESSIONAL CORPORATION
SAN FRANCISCO

2

ORDER GRANTING MOTION TO WITHDRAW

BN 30533749v1