EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
KURT RAMLO (SNB 166856)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: ehk@lnbyb.com; jyo@lnbyb.com; kr@lnbyb.com

Attorneys for Todd A. Frealy,
Chapter 7 Trustee

**FILED & ENTERED**

**DEC 10 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>　　　　　　Debtor,<br><br>―――――――――――――――――――<br>TODD A. FREALY,[1]<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MERCHANT CASH & CAPITAL, LLC,<br><br>　　　　　　Defendant. | Case No. 6:16-bk-20446-MW<br><br>Chapter 7<br><br>Adv. Pro. No. 6:16-ap-01299-MW<br><br>**Order on Seventh Stipulation to Continue Pretrial Conference**<br><br>Currently Scheduled Pretrial Conference:<br>Date:　　　December 6, 2018<br>Time:　　　9:00 a.m.<br>Location:　　Video Courtroom 225<br>　　　　　　3420 Twelfth Street<br>　　　　　　Riverside, California 92501<br>　　　　　　　　　or<br>　　　　　　Courtroom 6C<br>　　　　　　411 West Fourth Street<br>　　　　　　Santa Ana, California 92701 |

The Court, having considered that certain *Seventh Stipulation to Continue Pretrial Conference"* (the "Stipulation") entered into by and between Merchant Cash & Capital, LLC, the defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), on the one

---

[1] Todd A. Frealy, the duly appointed chapter 7 trustee, was substituted automatically as plaintiff in place of BioData Medical Laboratories, Inc. upon his appointment as chapter 11 trustee on or about June 26, 2017 in accordance with Federal Rule of Bankruptcy Procedure 2012(a).

1

hand, and Todd A. Frealy, Chapter 7 Trustee for the bankruptcy estate of BioData Medical Laboratories, Inc., the Chapter 7 debtor and the original plaintiff in the above-captioned adversary proceeding, on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. The pretrial conference in the Adversary Proceeding shall be continued from December 6, 2018 at 9:00 a.m. to February 28, 2019 at 9:00 a.m.

###

Date: December 10, 2018

Mark S. Wallace
United States Bankruptcy Judge